LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-05497 BRO (JPRx) | Date | August 4, 2014 |
|---|---|---|---|
| Title | RAYMOND JALLOW V. ALPS DISTRIBUTORS ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE

     Pending before the Court is Defendant Wasatch Funds Trust's motion to dismiss Plaintiff Raymond Jallow's Complaint. (Dkt. No. 10.)  When Wasatch filed its motion, it set the hearing date for August 18, 2014. (Dkt. No. 10.)  Under the Court's Local Rule 7-9, a party must oppose a motion at least twenty-one days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiff's opposition to Wasatch's motion was due no later than July 28, 2014.  Yet as of today, Plaintiff has filed no opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion."  C.D. Cal. L.R. 7-12.

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Wasatch's motion should not be granted.  Plaintiff's response to this order to show cause must be filed **no later than Thursday, August 7, at 4 p.m.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Wasatch's motion.

     **IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | rf |