JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| Case No. | CV 14-05497-BRO-JPRx) | Date | August 8, 2014 |
|---|---|---|---|
| Title | Raymond Jallow v. ALPS Distributors Inc et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

**ORDER RE MOTION TO DISMISS [10]**

   Defendant removed this action to this Court on July 15, 2014.  (Dkt. No. 1.)  On July 21, 2014, Defendant Wasatch Funds Trust filed a Motion to Dismiss, (Dkt. No. 10), noticing it for hearing on August 18, 2014.   Defendant ALPS Distributors, Inc. filed a Joinder in the Motion to Dismiss on July 22, 2014.  (Dkt. No. 11.)

   On August 4, 2014, the Court issued an ORDER TO SHOW CAUSE why the Motion to Dismiss should not be granted based upon Plaintiff's failure to oppose the Motion to Dismiss.  Plaintiff's response to the order to show cause was due no later than Thursday, August 7, 2014 at 4 p.m.   The Order specifically warned Plaintiff that the Court could grant the Motion to Dismiss if good cause was not shown.

   To date, however, no response or opposition has been filed with this Court.  The Court deems this motion appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; L.R. 7.11.

   The Court GRANTS the Motion to Dismiss.  The hearing set for August 18, 2014 is VACATED.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |